IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PAMELA WRIGHT,
    Plaintiff,

vs.                                                            Case No. 3:11cv54/RV/EMT

RAY MABUS,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a complaint pursuant to 42 U.S.C. § 2000(e) (Doc. 1).  On February 3, 2011, this court entered an order giving Plaintiff thirty (30) days in which to pay the filing fee (Doc. 5).  Plaintiff failed to respond to the order; therefore, on March 15, 2011, the court issued an order requiring Plaintiff  to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 7).  On March 29, 2011, the court issued an order again giving Plaintiff thirty (30) days to pay the filing fee or file a motion to proceed in forma pauperis (Doc. 8).  The court advised Plaintiff that her failure to comply with the order would result in a recommendation of dismissal of this action (*id.*).  The time for compliance with the March 29 order has now elapsed, and Plaintiff has failed to pay the filing fee or file a motion to proceed in forma pauperis.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 3rd day of May 2011.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. **Any different deadline that may appear on the electronic docket is for the court's internal use only**. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).