IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PAMELA WRIGHT,
    Plaintiff,

vs.                                        Case No. 3:11cv54/RV/EMT

RAY MABUS,
    Defendant.
_____/

## O R D E R

       This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 3, 2011 (Doc. 9). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

       Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

       2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

       **DONE AND ORDERED** this 2nd day of June, 2011.


                                                 /s/ *Roger Vinson*
                                                 **ROGER VINSON**
                                                 **SENIOR UNITED STATES DISTRICT JUDGE**